AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The residence located at 8401 N. 67th Avenue, Lot 236, Glendale, Arizona, | )<br>)<br>)<br>)<br>)<br>) | Case No.    21-9117 MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 18, 2021_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the duty U.S. Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   05/04/2021 9:58 pm                         *Eswillett*
                                                                    *Judge's signature*

City and state:         Phoenix, Arizona                            Eileen S. Willett U.S. Magistrate Judge
                                                                    *Printed name and title*

21-9117 MB

# ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

The residence located at 8401 N 67th Avenue, Lot 236, Glendale, Arizona 85302. This residence is described as a single level trailer located within the Orange Grove Trailer Park. On the trailer, the number "236" is affixed on the window facing the street. The entire trailer consists of a white aluminum siding exterior construction, with blue trim.

Photo 1 is a photo of the aerial view of the 8401 N 67th Avenue, Lot 236, Glendale, Arizona 85302; Photo 2 is the front view and front door of 8401 N 67th Avenue, Lot 236, Glendale, Arizona 85302.



Photo 1- Aerial view 8401 N 67th Avenue, Lot 236, Glendale, Arizona (Entryway leading to apartment denoted by red bubble)



Photo 2 -Street view of 8401 N 67th Avenue, Lot 236, Glendale, Arizona.

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

1. The items to be seized are evidence, contraband, fruits, or instrumentalities of violations of Title 21 United States Code § 841(a)(1) (Possession with the Intent to Distribute a Controlled Substance) and Title 21 United States Code § 846 (Conspiracy to Distribute a Controlled Substance) namely:

   a. Heroin, Cocaine, Fentanyl, Methamphetamine, or any other illicit drug;

   b. United States Currency or currency of any nation, coins, precious metals, digital currency including Bitcoin, Ethereum, Dash, or other digital coin "altcoin", and any other financial instruments believed to be proceeds of money laundering or drug sales, including any containers, devices, or secret compartments capable of holding the same;

   c. Bank documents and records, financial documents and records, and any and all records and documents relating to any bank or financial transactions, including but not limited to: digital Bitcoin transactions, correspondence, signature cards and applications for all credit card accounts, investment accounts, and retirement accounts; copies of monthly, quarterly, yearly and/or periodic account statements for all such accounts; copies of check journals, check ledgers, checkbooks, deposit tickets, deposit items, credit memos, debit memos, canceled checks, loan applications, and/or any related financial statements, and/or mortgage and/or promissory notes for all such accounts;

1

copies of loan ledger accounts; copies of annual loan statements; application for bank drafts, cashier's checks, and foreign drafts, with associated copies of canceled checks, check registers, safe deposit box records and keys, wire transfer receipts, money order receipts and purchases, and records relating to employment, wages earned and paid, business income earned, and other compensation records;

d. Books, records, receipts, notes, ledgers, correspondence and other papers relating to the transportation, ordering, purchase, and distribution of controlled substances, or the laundering of proceeds;

e. Any and all monetary related customer lists, dealer lists, or any notes containing the individual names of such persons, telephone numbers and/or addresses of these customers or dealers, any corresponding records of accounts receivable, money paid or received, drug supplied or received, cash supplied or received, and digital currency supplied or received;

f. Papers, tickets, notes, receipts, and other items relating to domestic and international travel, including but not limited to, appointment calendars, receipts, notes, letters, airline tickets, bus tickets, food receipts, hotels, and/or other lodging receipts, related correspondence, envelopes, and opened and unopened mail;

g. Books, records, invoices, receipts, correspondence, records of real estate

transactions and documents showing ownership of real estate, vehicles, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashiers' checks, bank checks, loan applications, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfers, concealment and/or expenditure of money;

h. Address and/or telephone books, Rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists or which indicate a criminal association between co-conspirators;

i. Indicia of occupancy, residency, rental and/or ownership of the premises described herein, including, utility and telephone bills, canceled envelopes, rental purchase or lease agreements, and keys;

j. Items and/or documents evidencing the expenditure of the proceeds of money laundering or drug distribution including, but not limited to, real estate, vehicles, aircraft, clothing, furniture, jewelry, artwork, and electronic equipment;

k. Items used for identification, including identification cards under fictitious

3

names, and any other type of false identifying documents;

l. Firearms and ammunition, including handguns, pistols, revolvers, rifles, shotguns, machine-guns and other weapons purchased with illegal proceeds and/or used to protect and facilitate the purchase or distribution of controlled substances, and any records or receipts pertaining to firearms and ammunition;

m. Photographs, identification cards, address books or similar items which indicate a criminal association between co-conspirators;

n. Packaging material, shipping material, shipping labels, shipping postage, and any other paraphernalia related to the use and/or distribution of controlled substances;

o. Drug paraphernalia or other items used for possessing, processing, testing, packaging, weighing, transporting, concealing, purchasing, selling, or ingesting illegal controlled substances;

p. Safes or storage containers where co-conspirators would store, place, or keep records, documents, and/or information of illegal transactions involving controlled substances;

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )        Case No.   21-9117 MB
8401 N. 67th Avenue, Lot 236, Glendale, )
Arizona, 85302 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference.

located in the _____ District of _____Arizona_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21USC 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |
| 21USC 846 | Conspiracy to Distribute a Controlled Substance |

The application is based on these facts:
See attached Affidavit, incorporated by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by Lisa Jennis AUSA /s/

DARREN A CUNNINGHAM
Digitally signed by DARREN A CUNNINGHAM
Date: 2021.05.04 21:30:14 -07'00
*Applicant's signature*

Darren Cunningham, Special Agent
*Printed name and title*

Sworn telephonically before me.

Date: 5/4/2021 @ 9:48pm

City and state: Phoenix, Arizona

EsWillett
*Judge's signature*

Eileen S. Willett, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

The residence located at 8401 N 67th Avenue, Lot 236, Glendale, Arizona 85302. This residence is described as a single level trailer located within the Orange Grove Trailer Park. On the trailer, the number "236" is affixed on the window facing the street. The entire trailer consists of a white aluminum siding exterior construction, with blue trim.

Photo 1 is a photo of the aerial view of the 8401 N 67th Avenue, Lot 236, Glendale, Arizona 85302; Photo 2 is the front view and front door of 8401 N 67th Avenue, Lot 236, Glendale, Arizona 85302.



Photo 1- Aerial view 8401 N 67th Avenue, Lot 236, Glendale, Arizona (Entryway leading to apartment denoted by red bubble)



Photo 2 -Street view of 8401 N 67th Avenue, Lot 236, Glendale, Arizona.

21-9117MB

## **ATTACHMENT B**

## **ITEMS TO BE SEIZED**

1.     The items to be seized are evidence, contraband, fruits, or instrumentalities of violations of Title 21 United States Code § 841(a)(1) (Possession with the Intent to Distribute a Controlled Substance) and Title 21 United States Code § 846 (Conspiracy to Distribute a Controlled Substance) namely:

    a. Heroin, Cocaine, Fentanyl, Methamphetamine, or any other illicit drug;

    b. United States Currency or currency of any nation, coins, precious metals, digital currency including Bitcoin, Ethereum, Dash, or other digital coin "altcoin", and any other financial instruments believed to be proceeds of money laundering or drug sales, including any containers, devices, or secret compartments capable of holding the same;

    c. Bank documents and records, financial documents and records, and any and all records and documents relating to any bank or financial transactions, including but not limited to: digital Bitcoin transactions, correspondence, signature cards and applications for all credit card accounts, investment accounts, and retirement accounts; copies of monthly, quarterly, yearly and/or periodic account statements for all such accounts; copies of check journals, check ledgers, checkbooks, deposit tickets, deposit items, credit memos, debit memos, canceled checks, loan applications, and/or any related financial statements, and/or mortgage and/or promissory notes for all such accounts;

1

copies of loan ledger accounts; copies of annual loan statements; application for bank drafts, cashier's checks, and foreign drafts, with associated copies of canceled checks, check registers, safe deposit box records and keys, wire transfer receipts, money order receipts and purchases, and records relating to employment, wages earned and paid, business income earned, and other compensation records;

d. Books, records, receipts, notes, ledgers, correspondence and other papers relating to the transportation, ordering, purchase, and distribution of controlled substances, or the laundering of proceeds;

e. Any and all monetary related customer lists, dealer lists, or any notes containing the individual names of such persons, telephone numbers and/or addresses of these customers or dealers, any corresponding records of accounts receivable, money paid or received, drug supplied or received, cash supplied or received, and digital currency supplied or received;

f. Papers, tickets, notes, receipts, and other items relating to domestic and international travel, including but not limited to, appointment calendars, receipts, notes, letters, airline tickets, bus tickets, food receipts, hotels, and/or other lodging receipts, related correspondence, envelopes, and opened and unopened mail;

g. Books, records, invoices, receipts, correspondence, records of real estate

      transactions and documents showing ownership of real estate, vehicles, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashiers' checks, bank checks, loan applications, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfers, concealment and/or expenditure of money;

h. Address and/or telephone books, Rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists or which indicate a criminal association between co-conspirators;

i. Indicia of occupancy, residency, rental and/or ownership of the premises described herein, including, utility and telephone bills, canceled envelopes, rental purchase or lease agreements, and keys;

j. Items and/or documents evidencing the expenditure of the proceeds of money laundering or drug distribution including, but not limited to, real estate, vehicles, aircraft, clothing, furniture, jewelry, artwork, and electronic equipment;

k. Items used for identification, including identification cards under fictitious

3

names, and any other type of false identifying documents;

l. Firearms and ammunition, including handguns, pistols, revolvers, rifles, shotguns, machine-guns and other weapons purchased with illegal proceeds and/or used to protect and facilitate the purchase or distribution of controlled substances, and any records or receipts pertaining to firearms and ammunition;

m. Photographs, identification cards, address books or similar items which indicate a criminal association between co-conspirators;

n. Packaging material, shipping material, shipping labels, shipping postage, and any other paraphernalia related to the use and/or distribution of controlled substances;

o. Drug paraphernalia or other items used for possessing, processing, testing, packaging, weighing, transporting, concealing, purchasing, selling, or ingesting illegal controlled substances;

p. Safes or storage containers where co-conspirators would store, place, or keep records, documents, and/or information of illegal transactions involving controlled substances;

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Special Agent Darren Cunningham, being duly sworn, hereby depose and state as follow:

## INTRODUCTION

1. I make this Affidavit in support of the application for a search warrant under Rule 41 of the Federal Rules of Criminal Procedure, for a warrant authorizing a search of a residence located at 8401 N 67th Avenue, Lot 236, Glendale, Arizona 85302 (hereinafter, the "Target Address"). The Target Address is more fully described below and in Attachment A.

2. Located within the Target Address, I seek to seize evidence, fruits, and instrumentalities of the foregoing criminal violations, as further described in Attachment B hereto and incorporated herein by reference. I request authority to search the entire Target Address including any structure, dwelling and/or vehicle at the Target Address where the items specified in Attachment B may be found, and to seize all items listed in Attachment B as instrumentalities, fruits, and evidence of the crime.

3. As set forth in detail below, the investigation into the Target Address establishes probable cause to believe that the Target Address is associated with a criminal violation of 21 U.S.C. § 841(a)(1) Possession with Intent to distribute controlled substance, and 21 U.S.C. § 846 (conspiracy to distribute controlled substance). Accordingly, there is probable cause to conclude that evidence of, fruits, and instrumentalities of, these violations is located at the Target Address.

## AGENT BACKGROUND

4. Your Affiant is a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the Office of the Special Agent in Charge, Border Enforcement Security Task Force (BEST) in Phoenix, Arizona. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, 2510(7), who is empowered to conduct investigations of, and to make arrests for, offenses enumerated in Title 8, Title 18, Title 21, and Title 31, of the United States Code. Furthermore, as a Special Agent, I am responsible for conducting criminal investigations regarding violations

of Customs and firearms law committed against the United States, including, but not limited to, violations of Title 21 United States Code, Section 841 and 846, *et seq.*

5. The facts contained in this Affidavit are based upon my personal observations, consultation with other agents from HSI, queries of law enforcement databases; analysis of International shipment records; surveillance conducted by HSI agents; and a review of the records obtained during this investigation. Your Affiant relies on his experience, training, and background as a Special Agent with HSI in evaluating this information.

6. As this affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and it does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

7. On April 30, 2021, HSI received information from a reliable Confidential Informant (CI) from HSI Imperial, CA office, of an Drug Trafficking Organization (DTO) which is trafficking narcotics from Mexico to the United States (U.S.), with ties to Phoenix, Arizona.

8. On April 30, 2021, HSI SAs received a telephone number (909)769-5997 (hereinafter referred to as target number) belonging to an unknown subject residing in the Phoenix, Arizona area. Through law enforcement databases the SAs determined that phone number belonged to an individual identified as Javier Humberto Cardenas Guerrero (hereinafter referred to as Cardenas Guerrero), of 8401 N 67th Avenue, Lot 236, Glendale, Arizona.

9. On May 3, 2021, a Maricopa County Sheriff's Office (MCSO) Confidential Informant (CI) placed a telephone call to the target telephone number in reference to coordinating a deal to purchase methamphetamine and "China White" heroin. Cardenas Guerrero agreed to call the CI the next day to arrange a meet time and location.

10. On May 4, 2021, SAs observed a vehicle bearing Arizona temp tag 9D42315, registered to Arturo Cardenas Guerrero, parked in the driveway of 8401 N 67th Avenue, Lot 236, Glendale, Arizona.

11. On the same date, the CI contacted Cardenas Guerrero to provide a time and location for the meet. SAs observed vehicle bearing Arizona temp tag 9D42315 arrive at the given meet

SEARCH WARRANT AFFIDAVIT 2

location, 5605 W. Northern Avenue, in a Walmart parking lot. The CI was able to confirm the narcotics were inside of the vehicle bearing Arizona temp tag 9D42315 that was occupied by a driver and front seat passenger. Both vehicles departed the parking lot en-route to exchange the narcotics for the money. Subsequently, Glendale Police Department attempted to initiate a traffic stop on the vehicle bearing Arizona temp tag 9D42315. The vehicle failed-to-yield, at which time federal agents, MCSO officers, and Glendale Police Department officers pursued the vehicle and found it parked while its two occupants fled on foot. Several minutes later both occupants of the vehicle were apprehended. The driver of the vehicle bearing Arizona temp tag 9D42315 was later identified as Javier Humberto Cardenas Guerrero and the front seat passenger was identified as Miguel Abelardo Rivera Gomez. Both subjects were placed under arrest and transported to the Glendale Police Department station located in Glendale, Arizona.

12. A search of the vehicle was conducted and located was 2.4774 kilograms of blue pills suspected to be fentanyl, and 1.0651 kilograms of "China White" heroin containing the marking "BOB" written on the front of the package.

13. On May 4, 2021, Cardenas Guerrero was advised of his Miranda Rights which he waived and agreed to speak to the agents. During the interview Cardenas Guerrero admitted to knowing and willingly transporting narcotics. He also admitted to having additional narcotics inside of his residence located at 8401 N. 67th Avenue, Lot 236, Glendale, Arizona.

## COMMON PRACTICES OF INDIVIDUALS

14. Based upon this Affiant's training, experience, and discussions with other federal agents it is common for individuals to maintain at their residences, places of business, storage lockers, in their vehicles and other locations under their control, items constituting fruits, instrumentalities pertaining to the purchase and possession items. These items can include firearms, packaging materials, inventory logs, financial records, indicia of control/ownership, and other items incorporated as a part of this affidavit (more particularly described in Attachment B).

15. Based upon this Affiant's training, experience, and discussions with other federal agents it is common for individuals to use electronic devices such as cell phones, computers, disks, thumb drives and tablets to research topics of interest, order products, track packages, maintain correspondence (i.e. emails, text messages, photographs), and maintain digital records. Such devices are used to communicate with other individuals and a host of other activities.

## CONCLUSION

16. Based on my training and experience, and the fact set forth herein, I submit that there is probable cause to believe that within the property set forth in Attachment A are items constituting fruits, instrumentalities of violations of 21 U.S.C. § 841 (a)(1) (Possession with Intent to distribute controlled substances), and 21 U.S.C. § 846 (conspiracy to distribute controlled substances).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

_____
DARREN CUNNINGHAM
Special Agent
Homeland Security Investigations

Sworn to before me telephonically this 4th day of May, 2021.     9:48pm

_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge